*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

      Plaintiff-Appellee,

v

DIA KENATA-FRANKLIN FISHER,

      Defendant-Appellant.

UNPUBLISHED
March 3, 2022

No. 353601
Wayne Circuit Court
LC No. 18-007305-01-FC

Before: GLEICHER, P.J., and K. F. KELLY and RONAYNE KRAUSE, JJ.

K. F. KELLY, J. (*concurring*).

      I concur in the result only.

                                  /s/ Kirsten Frank Kelly